UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>STANLEY REESE,<br><br>        Defendant. | Case No:  CR 00-40129 SBA<br><br>**ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

On September 21, 2012, Defendant Stanley Reese ("Defendant") filed a motion for early termination of supervised release under 18 U.S.C. § 3583(e)(1).  Dkt. 262.  On October 1, 2012, the United States filed an opposition.  Dkt. 263.  Having considered the papers submitted by the parties in connection with this matter, the argument of counsel at the October 18, 2012 hearing, the United States' withdrawal of its opposition to Defendant's motion at the hearing, and the factors set forth in 18 U.S.C. § 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7), the Court hereby GRANTS Defendant's motion for early termination of supervised release.  Defendant's term of supervised release is terminated immediately.  This Order terminates Docket 262.

     IT IS SO ORDERED.

Dated:  10/18/12

                          _Saundra B Armstrong_____

                          SAUNDRA BROWN ARMSTRONG

                          United States District Judge